UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON GUY AND CHARIS GUY | § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:16-cv-963 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND CRYSTAL JOHNSON, | § § § § § | **(JURY)** |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Jason and Charis Guy and Defendant Allstate Vehicle and Property Insurance Company and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are Jason Guy and Charis Guy. Defendant is Allstate Vehicle and Property Insurance Company.

2. Plaintiffs filed suit against Defendant for damages under a homeowners' policy arising out of damages which occurred on April 11, 2016.

4. Plaintiffs and Defendant have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendant. Both Plaintiff and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Allstate Vehicle and Property Company.

        Respectfully submitted,

        **WORRALL LAW GROUP, PLLC**

By:    */s/ Matthew J. Worrall*
        **Matthew J. Worrall**
        SBN 24070883
        FBN 2148714
        1770 St. James Place, Suite 100
        Houston, Texas 77056
        Telephone: 713-523-5500
        Facsimile: 713-583-3411
        Email: mworrall@worralllaw.com

        **ATTORNEY FOR PLAINTIFF**

        AND

        **STACY | CONDER | ALLEN LLP**

By:    */s/ - David G. Allen*
        David G. Allen
        State Bar No. 00786972
        allen@stacyconder.com
        901 Main Street, Suite 6200
        Dallas, Texas 75202
        (214) 748-5000
        (214) 748-1421 (fax)

        **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

       On June 12, 2017 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                    */s/ - David G. Allen*
                                    David G. Allen

DGA/PLDG/586434.1/000003.16978