UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON GUY AND CHARIS GUY | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:16-cv-963 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND CRYSTAL JOHNSON, | § | **(JURY)** |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the Joint Stipulation of Dismissal With Prejudice of Plaintiffs, Jason Guy and Charis Guy, and Defendant Allstate Vehicle and Property Insurance Company, requesting a dismissal of the Plaintiffs' claims with prejudice against Defendant. The Court, after having considered the Joint Stipulation of Dismissal With Prejudice, and the pleadings on file herein, is of the opinion that same should be granted.

IT IS THEREFORE ORDERED that all of Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 16th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE